**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
HEPZIBAH ALLEN,

                Plaintiff,

    -against-                                      18 **CIVIL** 9663 (JGK)

                                                          **JUDGMENT**

CITY OF NEW YORK, ET AL.,

                Defendants.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 27, 2020, the Court has considered all of the arguments raised by the parties; to the extent not specifically addressed, the arguments are either moot or without merit; the defendants' motion to dismiss is granted and the Second Amended Complaint is dismissed with prejudice; judgment is entered in favor of defendants and against the plaintiff; accordingly, this case is closed.

**Dated:**  New York, New York
          July 27, 2020

                                                                **RUBY J. KRAJICK**
                                                                 _____
                                                                  **Clerk of Court**
                                             **BY:**
                                                            _____
                                                                     **Deputy Clerk**